No. 412, Misc.   COHEN v. WARDEN, BALTIMORE CITY JAIL.   Baltimore City Court.   Certiorari denied.

No. 414, Misc.   HUNTER v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania.   Certiorari denied.

No. 416, Misc.   HART v. PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.   H. David Rothman for petitioner.

No. 419, Misc.   CAMP v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 420, Misc.   NICKERSON v. NEW YORK.   Appellate Division, Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 422, Misc.   GARNETT v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 432, Misc.   MILLER v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 434, Misc.   OBLATORE v. UNITED STATES ET AL. C. A. 2d Cir.   Certiorari denied.   Harvey Goldstein for petitioner.   Solicitor General Cox, Assistant Attorney General Orrick and John G. Laughlin, Jr. for the United States, and George J. Conway for American Stevedores, Inc., respondents.

No. 435, Misc.   GRUBBS v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Reported below: — N. Y. 2d —, — N. E. 2d —.